**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In the Matter of:<br><br>Ronisha Rene Feracho-Harrison<br><br>Debtor | Chapter 13<br><br>Case No. 25-11757-BFK |

### OBJECTION TO CONFIRMATION OF MODIFIED PLAN, NOTICE OF OBJECTION TO CONFIRMATION OF MODIFIED PLAN AND NOTICE OF SCHEDULED HEARING ON THIS OBJECTION

Thomas P. Gorman, Chapter 13 Trustee, has filed this objection to confirmation of your Modified Chapter 13 Plan filed October 1, 2025. The cause for this objection is as follows:

**Violation of 11 U.S.C. §1325(a)(6) and 11 U.S.C. §1325(a)(3) - Feasibility and Good Faith.**
- Debtor proposes to cram down vehicle through Section 4D of Plan and pays no interest on secured portion. Based on Proof of Claim #2 , it appears the vehicle was purchased within 910 days of the filing of this Petition.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the objection, or if you want the court to consider your views on the objection, then on or before five business days prior to the hearing date, you or your attorney must:

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1. Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before twenty-one days from the service of this notice. You must mail a copy to the persons listed below.

**Notice of Objection To Confirmation**
Ronisha Rene Feracho-Harrison, Case # 25-11757-BFK

***Attend the hearing to be held on November 20, 2025 at 1:30 p.m. in Courtroom #1 on the 2nd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, Virginia 22314.***  If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

      Thomas P. Gorman
      1414 Prince Street, Suite 202
      Alexandria, VA 22314

      Clerk of the Court
      United States Bankruptcy Court
      200 South Washington Street
      Alexandria, VA 22314

     If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date:  _October 9, 2025_               ___/s/ Thomas P. Gorman_____
                                                                    Thomas P. Gorman
                                                                    Chapter 13 Trustee
                                                                    1414 Prince Street, Suite 202
                                                                    Alexandria, VA 22314
                                                                    (703) 836-2226
                                                                    VSB 26421

### CERTIFICATE OF SERVICE

I hereby certify that I have this 9th day of October, 2025, served via ECF authorized users or mailed a true copy of the foregoing Objection to Confirmation, Notice of Objection and Notice of Hearing to the following parties.

Ronisha Rene Feracho-Harrison
Chapter 13 Debtor
8059 Saint Annes Ct
Alexandria, VA 22309

                                                                           __/s/ Thomas P. Gorman_____
                                                                           Thomas P. Gorman