Ronisha Feracho
8059 Saint Annes Ct
Alexandria, VA 22309

FILED
MAIL ROOM

2025 OCT 31  PM 3: 10

CLERK
US BANKRUPTCY COURT
ALEXANDRIA DIVISION

Case No. 25-11757

Date: October 29, 2025

To:
Thomas P. Gorman, Chapter 13 Trustee
300 N. Washington Street, Suite 400
Alexandria, VA 22314

**Re: Response to Santander Objection**

Dear Mr. Gorman,

I hope this message finds you well. I wanted to kindly provide clarification regarding the objection filed by Santander in reference to my Chapter 13 plan.

Due to temporary financial constraints, I was unable to make the *recent adequate-protection payment of $302 requested by Santander* at this time; however, I fully intend to remit that payment on or shortly after *November 12, 2025*, when I receive my next paycheck, to demonstrate my good faith and continued compliance efforts. I did make my *October plan payment of $200* as scheduled. Beginning with my *November 2025 plan payment*, Santander will start receiving full disbursements directly through the plan, which I understand will satisfy the adequate-protection requirement moving forward.

I also understand that Santander's objection references the vehicle balance and interest rate. I am fully committed to complying with and cooperating with all parties involved, including the trustee and creditors, and will modify my plan to ensure that it fully complies with the Bankruptcy Code, accurately reflecting the *full balance of $30,292.91* and an *interest rate of 9% (or such rate as approved by the court)*.

For your records, I have mailed a *certified copy of this letter* to your office for inclusion in my case file.

Thank you sincerely for your time, patience, and understanding as I continue working to remain current with my plan obligations.

Warm regards,
*Ronisha Feracho* (signature)
Ronisha Feracho
Case No. 25-11757
8059 Saint Annes Ct
Alexandria, VA 22309
ronisha.feracho@gmail.com
571-319-3462