Ronisha Feracho
8059 Saint Annes Ct
Alexandria, VA 22309

FILED
MAIL ROOM

2025 OCT 31  PM 3: 10

CLERK
US BANKRUPTCY COURT
ALEXANDRIA DIVISION

Case No. 25-11757
Chapter 13 – Judge Kenney

Date: October 29, 2025

To:
Clerk of the U.S. Bankruptcy Court
Eastern District of Virginia
Alexandria Division
200 S. Washington Street
Alexandria, VA 22314

**Re: Submission of Modified Chapter 13 Plan Page – Section 4C/D**

Dear Clerk,

I hope this letter finds you well. Please find enclosed a modified page of my Chapter 13 Plan, Section 4C/D (Adequate Protection and Payment of Secured Claims). This update reflects the corrected vehicle claim balance, interest rate, and adequate-protection payment for Santander Bank, N.A., in response to the creditor's objection filed on October 15, 2025.

I respectfully request that this updated page be filed in my case record and forwarded to Trustee Thomas P. Gorman for review. I sincerely appreciate the Court's time, patience, and understanding as I work to ensure that my plan fully complies with all requirements.

Thank you very much for your attention and assistance.

Warm regards,

*[signature]*
Ronisha Feracho
Case No. 25-11757


--- Modified Chapter 13 Plan – Section 4C/D ---

**Creditor:** Santander Bank, N.A., as servicer for Santander Consumer USA Inc.
**Collateral:** 2023 Nissan Altima
**Approx. Balance:** $30,292.91
**Interest Rate:** 9% (or as approved by the Court)
**Adequate Protection Monthly Payment:** $302.00
**To Be Paid By:** Trustee
**Monthly Payment & Est. Term:** $866.00 x 36 months (estimated)

*Note:* This modification updates the vehicle claim balance, interest rate, and adequate-protection payment per Santander's objection filed October 15, 2025. All other terms of the original plan remain unchanged.