# United States Bankruptcy Court
### Eastern District of Virginia
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number** 25−11757−BFK
**Chapter** 13

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ronisha Rene Feracho−Harrison
8059 Saint Annes Ct
Alexandria, VA 22309

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
Debtor: xxx−xx−8008

Employer Tax−Identification (EIN) No(s).(if any):
Debtor: NA

## ORDER DENYING CONFIRMATION
## AND NOTICE THAT CASE MAY BE DISMISSED IF
## CONDITIONS OF LOCAL BANKRUPTCY RULE 3015−2 ARE NOT MET

Upon proper notice and a hearing on objection(s) to the Chapter 13 plan; it is, therefore

**ORDERED** that  confirmation of the debtor's plan filed January 13, 2026 is denied; and it is further

**ORDERED** that unless the Court has entered an order previously confirming a Chapter 13 Plan, the debtor shall take take one of the actions enumerated in Local Bankruptcy Rule 3015−2 within twenty one (21) days from this Order and that the failure to do so **may result in the dismissal of this Chapter 13 bankruptcy case**; and it is further

**ORDERED** that the Clerk mail a copy of this order to the debtor(s), the attorney for the debtor(s), the attorney for the objecting creditor(s), and the Chapter 13 Trustee.

Date: February 19, 2026                    /s/  Brian F Kenney
                                           United States Bankruptcy Judge

                                           NOTICE OF JUDGMENT OR ORDER
                                           ENTERED ON DOCKET:
[odenyconvNov2019.jsp]                     Date: February 19, 2026

United States Bankruptcy Court

Eastern District of Virginia

| In re: | Case No. 25-11757-BFK |
|---|---|
| Ronisha Rene Feracho-Harrison | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0422-9 | User: KimberlyC | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Feb 19, 2026 | Form ID: odenycon | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ronisha Rene Feracho-Harrison, 8059 Saint Annes Ct, Alexandria, VA 22309-1229 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2026     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |
| Sara A. John | on behalf of Creditor Santander Bank N.A., as servicer for Santander Consumer USA Inc. sara_john@eppspc.com |
| Thomas P. Gorman | ch13alex@gmail.com  tgorman26@gmail.com |

TOTAL: 3