UNITED STATES BANKRUPTCY COURT

FOR THE

EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In the Matter of:<br><br>RONISHA RENE FERACHO-HARRISON<br><br>Debtor | Chapter 13<br><br>Case No. 25-11757-BFK |

**MOTION TO DISMISS,
NOTICE OF MOTION TO DISMISS
AND
NOTICE OF SCHEDULED HEARING ON THIS MOTION**

Thomas P. Gorman, Chapter 13 Trustee, has filed this motion to dismiss your Chapter 13 case. The cause for this motion is as follows:

**Pursuant to 11 U.S.C. §1307(c)(6)** - Material default by Debtor as is reflected in the attached Trustee's Report of Receipts and Disbursements.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before five business days prior to the hearing date, you or your attorney must:

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1. Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before twenty-one days from the service of this notice. You must mail a copy to the persons listed below.

**Notice and Motion to Dismiss**
Ronisha Rene Feracho-Harrison, Case #25-11757-BFK

***Attend the hearing to be held on April 16, 2026 at 1:30 p.m. in Courtroom #1 on the 2nd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.*** If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

Thomas P. Gorman
1414 Prince Street, Suite 202
Alexandria, VA 22314

Clerk of the Court
United States Bankruptcy Court
200 South Washington Street
Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date:   __March 5, 2026_____                    __/s/ Thomas P. Gorman_____
                                                 Thomas P. Gorman
                                                 Chapter 13 Trustee
                                                 1414 Prince Street, Suite 202
                                                 Alexandria, VA 22314
                                                 (703) 836-2226
                                                 VSB 26421

## CERTIFICATE OF SERVICE

I hereby certify that I have this 5th day of March, 2026, served via ECF to authorized users or mailed a true copy of the foregoing Motion to Dismiss, Notice of Motion and Notice of Hearing to the following parties.

Ronisha Rene Feracho-Harrison
Chapter 13 Debtor
8059 Saint Annes Ct
Alexandria, VA 22309

                                                 ___/s/ Thomas P. Gorman_____
                                                 Thomas P. Gorman

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 03/05/2026

CASE NO: 25-11757-BFK
STATUS: BASE PLAN

DEBTOR: XXX-XX-8008
FERACHO-HARRISON, RONISHA RE
AKA:
8059 SAINT ANNES CT
ALEXANDRIA, VA 22309

DATE FILED: 08/26/2025
CONFIRMED:
LATEST 341: 09/23/2025
PERCENTAGE: 25.000
PLAN: 60 MONTHS
1st PAYMENT DUE: 09/2025
ON SCHEDULE: 3,702.00
ACTUAL PAYMENTS: 902.00
AMOUNT BEHIND: 2,800.00

ATTORNEY: PRO SE
ALEXANDRIA, VA 22314
Phone: Fax:

Needed to Complete Base:
BASE: 79,302.00
       78,400.00

SCHEDULE: 1,400.00 MONTHLY
TOTAL PAID: 902.00

### LAST 12 TRANSACTIONS

| Date | Source | Amount |
|---|---|---|
| 01/20/26 | MO | 502.00 |
| 11/03/25 | MO | 200.00 |
| 10/02/25 | MO | 200.00 |

## DIRECT PAY

| CLAIM | CRED NO | CREDITOR NAME | DISB CODE | CLASS | ARREARS | FIXED PAYMENT | SCHED AMOUNT | PAID BY TRUSTEE | BALANCE DUE | CLAIM STATUS |
|---|---|---|---|---|---|---|---|---|---|---|
| 004 | 316464 | AT&T MOBILITY | PRO | SEC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | DIRECT |
| 024 | 347482 | AT&T | PRO | UNS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | DIRECT |

## PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE / LAST DISB | CLASS / PAY% | INT. BEGIN / INT. RATE | FIX PAY / ARREARS | ORG. CLAIM / SCHED AMT | APPROVED TO BE PAID | PRIN. PAID / INT. PAID | PRIN. DUE / INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | IRS* | INTERNAL REVENUE SERVICE | PRO | PRI 100.00 | | 0.00 0.00 | 0.00 0.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 002 | VATAX | VIRGINIA DEPT. OF TAXATION | PRO | PRI 100.00 | | 0.00 0.00 | 0.00 0.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 003 | 343143 | SANTANDER CONSUMER USA INC APP | FIX | SEC 100.00 | 08/26/2025 7.0000 | 599.84 4,198.88 | 30,292.91 30,292.91 | 30,292.91 30,292.91 | 0.00 0.00 | 30,292.91 1,271.17 |
| 005 | 330030 | COMCAST CORP | PRO | UNS 25.00 | | 0.00 0.00 | 0.00 500.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 006 | LVNV | LVNV FUNDING LLC | PRO | UNS 25.00 | | 0.00 0.00 | 631.52 631.00 | 631.52 157.88 | 0.00 0.00 | 157.88 0.00 |
| 007 | 350573 | U.S. DEPARTMENT OF EDUCATION | PRO | UNS 25.00 | | 0.00 0.00 | 61,043.24 66,000.00 | 61,043.24 15,260.81 | 0.00 0.00 | 15,260.81 0.00 |
| 008 | 248122 | DEPT OF TRANSPORTATION | PRO | UNS 25.00 | | 0.00 0.00 | 0.00 4,900.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 009 | 357615 | ALEXANDRIA CITATION PROCESSING C | PRO | UNS 25.00 | | 0.00 0.00 | 0.00 65.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 010 | 356995 | TOWN FOREST HEIGHTS | PRO | UNS 25.00 | | 0.00 0.00 | 0.00 80.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 011 | 272753 | MARYLAND STATE TAXES | PRO | UNS 25.00 | | 0.00 0.00 | 0.00 10,000.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 012 | 343612 | JEFFERSON CAPITAL SYSTEMS, LLC | PRO | UNS 25.00 | | 0.00 0.00 | 856.46 500.00 | 856.46 214.12 | 0.00 0.00 | 214.12 0.00 |
| 013 | 343612 | JEFFERSON CAPITAL SYSTEMS, LLC UNKNOWN | PRO | UNS 25.00 | | 0.00 0.00 | 3,469.16 0.00 | 3,469.16 867.29 | 0.00 0.00 | 867.29 0.00 |
| 014 | 356739 | MONEYLION INC | PRO | UNS 25.00 | | 0.00 0.00 | 0.00 300.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 015 | 357616 | RULA MENTAL HEALTH SPECIALTY GRP | PRO | UNS 25.00 | | 0.00 0.00 | 0.00 357.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 016 | 357617 | SONDERMIND INC | PRO | UNS 25.00 | | 0.00 0.00 | 0.00 210.00 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 017 | 358052 | FAIRFAX COUNTY, DEPT OF TAXATION LISTED US CLAIM FILED SC | FIX-A | SEC 100.00 | | 15.92 111.44 | 955.23 1,300.00 | 955.23 955.23 | 0.00 0.00 | 955.23 0.00 |

** Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court by the date of the scheduled Chapter 13 Review Meeting.

Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved. NO disbursements are being made to the creditor.

This is a progress report only and should not be used to calculate a payoff.                            Case Power® 14.5

# Thomas P. Gorman, Standing Chapter 13 Trustee
## INTERIM STATEMENT AS OF 03/05/2026

CASE NO: 25-11757-BFK
STATUS: BASE PLAN

DEBTOR: XXX-XX-8008
FERACHO-HARRISON, RONISHA RE

SCHEDULE: 1,400.00 MONTHLY

## PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE / LAST DISB | CLASS / PAY% | INT. BEGIN / INT. RATE | FIX PAY ARREARS | ORG. CLAIM / SCHED AMT | APPROVED TO BE PAID | PRIN. PAID / INT. PAID | PRIN. DUE / INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 018 | 357618 | ALEXANDRIA ORTHODONTICS | PRO | UNS 25.00 | | 0.00 | 0.00 / 4,000.00 | 0.00 / 0.00 | 0.00 / 0.00 | Not Filed |
| 019 | 351569 | CREDIT ONE | PRO | UNS 25.00 | | 0.00 | 0.00 / 233.00 | 0.00 / 0.00 | 0.00 / 0.00 | Not Filed |
| 020 | 347482 | AT&T | PRO | UNS 25.00 | | 0.00 | 0.00 / 0.00 | 0.00 / 0.00 | 0.00 / 0.00 | Not Filed |
| 021 | 311141 | FINGERHUT DIRECT MARKETING, INC. | PRO | UNS 25.00 | | 0.00 | 0.00 / 0.00 | 0.00 / 0.00 | 0.00 / 0.00 | Not Filed |
| 022 | 354920 | CAPITAL ONE | PRO | UNS 25.00 | | 0.00 | 0.00 / 300.00 | 0.00 / 0.00 | 0.00 / 0.00 | Not Filed |
| 023 | 350550 | MIDLAND CREDIT MANAGEMENT INC | PRO | UNS 25.00 | | 0.00 | 780.67 / 0.00 | 780.67 / 195.17 | 0.00 / 0.00 | 195.17 / 0.00 |
| 025 | 350550 | MIDLAND CREDIT MANAGEMENT INC UNLISTED | PRO-A | UNS 25.00 | | 0.00 | 808.35 / 0.00 | 808.35 / 202.09 | 0.00 / 0.00 | 202.09 / 0.00 |
| 026 | LVNV | LVNV FUNDING LLC UNLISTED - QVC | PRO-A | UNS 25.00 | | 0.00 | 290.23 / 0.00 | 290.23 / 72.56 | 0.00 / 0.00 | 72.56 / 0.00 |
| 027 | 349876 | VERIZON BY AMERICAN INFOSOURCE AMOUNT UNKNOWN - ADDED - 01/13/26 | PRO | UNS 25.00 | | 0.00 | 0.00 / 0.00 | 0.00 / 0.00 | 0.00 / 0.00 | Not Filed |
| 028 | 358029 | NATIONAL CENTER FOR HOUSING MGM AMOUNT UNKNOWN - ADDED - 01/13/26 | PRO | UNS 25.00 | | 0.00 | 0.00 / 0.00 | 0.00 / 0.00 | 0.00 / 0.00 | Not Filed |
| 029 | 358030 | PLANET FITNESS AMOUNT UNKNOWN - ADDED - 01/13/26 | PRO | UNS 25.00 | | 0.00 | 0.00 / 0.00 | 0.00 / 0.00 | 0.00 / 0.00 | Not Filed |
| 030 | 338526 | EDUCATIONAL CREDIT MANAGEMENT C UNLISTED - LATE | PRO-A | UNS 25.00 | | 0.00 | 6,903.92 / 0.00 | 6,903.92 / 1,725.98 | 0.00 / 0.00 | 1,725.98 / 0.00 |
| 799 | PRO SE | PRO SE | PRO | ATY 100.00 | | 0.00 | 0.00 | | 0.00 | 0.00 / 0.00 |
| | | Trustee Administrative Fees | | | | | | 81.18 | 81.18 | |
| | | TOTALS: | | | | 615.76 / 4,310.32 | 106,031.69 / 119,668.91 | 106,112.87 / 50,025.22 | 81.18 / 0.00 | 49,944.04 / 1,271.17 |

| | ADMIN | ATTORNEY | PRIORITY | SECURED | UNSECURED | OTHER | | |
|---|---|---|---|---|---|---|---|---|
| SCHED AMOUNT: | 0.00 | 0.00 | 0.00 | 31,592.91 | 88,076.00 | 0.00 | | |
| CLAIM AMOUNT: | 0.00 | 0.00 | 0.00 | 31,248.14 | 18,695.90 | 0.00 | | |
| PAID BY TRUSTEE: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| PAID BY 3rd PARTY: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| SUB TOTAL: | 0.00 | 0.00 | 0.00 | 31,248.14 | 18,695.90 | 0.00 | DUE CREDITORS: | 51,215.21 |
| INTEREST DUE: | 0.00 | 0.00 | 0.00 | 1,271.17 | 0.00 | 0.00 | EXPECTED ADMIN: | 4,984.06 |
| CONTINUING: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LESS AVAILABLE: | 820.82 |
| BALANCE DUE: | 0.00 | 0.00 | 0.00 | 32,519.31 | 18,695.90 | 0.00 | APPROX BALANCE: | 55,378.45 |

** Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court by the date of the scheduled Chapter 13 Review Meeting.
Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved. NO disbursements are being made to the creditor.
This is a progress report only and should not be used to calculate a payoff.

Case Power® 14.5