UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| RONISHA RENE FERACHO-HARRISON ) | |
| ) | No. 25−11757−BFK |
| Debtor. ) | Chapter 13 |
| ) | |

### MOTION TO EXTEND TIME FOR FILING AMENDED PLAN

COME NOW the Debtor, RONISHA RENE FERACHO-HARRISON, by counsel, and moves to extend the deadline pursuant to Local Rule 3015-2 to file an amended plan, and in support thereof states the following:

1. The Debtor's plan, filed pro se, was denied confirmation by order entered Feb. 22, 2026.

2. The Amended Plan is due by today, March 12, 2026 (21 days).

3. Debtor retained the undersigned counsel today. However, due to other commitments, counsel is unable to complete an amended plan today.

4. A one-week extension will not materially delay this case.

WHEREFORE the Debtor respectfully requests this honorable Court to grant this Motion and extend the time for filing her by 7 days, until March 19, 2026.

Dated: March 12, 2026

Respectfully submitted,

  /s/ Daniel M. Press
Daniel M. Press, VSB# 37123
CHUNG & PRESS, P.C.
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
(703) 734-3800
Counsel for Debtor

## NOTICE

The Debtor has filed with the court a Motion to Extend Time to file Amended Plan.

**Your rights may be affected. You should read the papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before 21 days after service of the motion, you or your attorney must

• file with the court, at Clerk of Court, United States Bankruptcy Court, 200 S. Washington Street, Alexandria, Virginia 22314, a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). **Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.** If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. You must **also** mail a copy to the persons listed below.

• attend the hearing to be held on **April 16, 2026, at 1:30 p.m., in Courtroom 1, 200 S. Washington St., Alexandria, VA**

A copy of any written response must be mailed to the following:

> Daniel M. Press, Esq.
> CHUNG & PRESS, P.C.
> 6718 Whittier Ave., Suite 200
> McLean, VA 22101

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

## CERTIFICATE OF SERVICE

This is to certify that on this 12th day of March 2026, I caused the foregoing Motion to be served by CM/ECF, where available, or first-class mail, postage pre-paid, upon all creditors listed on the attached List of Creditors, the Chapter 13 Trustee, and the Office of the U.S. Trustee

                                              /s/ Daniel M. Press
                                              Daniel M. Press

```
Label Matrix for local noticing          United States Bankruptcy Court              AT&T
0422-1                                    200 South Washington Street                P.O. Box 536216
Case 25-11757-BFK                         Alexandria, VA 22314-5405                  Atlanta, GA 30353-6216
Eastern District of Virginia
Alexandria
Thu Mar 12 21:02:48 EDT 2026

AT&T                                      Alexandria Citation Processing Center      Alexandria Orthodontics
PO Box 5019                               P.O. Box 549                               2616 Sherwood Hall Lane
Carol Stream, IL 60197-5019               Belle Mead, NJ 08502-0549                  Suite #302
                                                                                     Alexandria, VA 22306-3154

Capital One                               Central Collections Unit                   Comcast Cable Communications, LLC
Attn: Bankruptcy                          1101 4th St. SW                            1701 John F. Kennedy Blvd.
P.O. Box: 30285                           Washington, DC 20024-4457                  Philadelphia, PA 19103-2838
Salt Lake City, UT 84130-0285

Credit One                                DC Department of Public Works              Department of Motor Vehicles
P.O. Box 8193                             Attn: Parking Adjudication Office          Adjudication Services
Las Vegas, NV 89193                       P.O. Box 37135                             P.O. Box 1813
                                          Washington, DC 20013-7135                  Washington, DC 20013-1813

Fairfax County Treasurer                  Fairfax County; Office of the County Attorne   Fingerhut/Webank
12000 Government Center Parkway           12000 Government Center Parkway            6250 Ridgewood Road
Suite 223                                 Suite 549                                  St. Cloud, MN 56303-0820
Fairfax, VA 22035-0098                    12000 Govt. Center Parkway
                                          Fairfax, VA 22035

Harris and Harris                         Internal Revenue Service                   (p)JEFFERSON CAPITAL SYSTEMS LLC
Government of the District of Columbia    P.O. Box 7346                              PO BOX 7999
Central Collections Unit                  Philadelphia, PA 19101-7346                SAINT CLOUD MN 56302-7999
P.O Box 96934
Washington DC 20090-6934

LVNV Funding LLC                          LVNV Funding, LLC                          Louis Nuzzo
P.O. Box 1269                             Resurgent Capital Services                 Fairfax County, Office of the County Att
Greensville, SC 29602-1269                PO Box 10587                               12000 Govt. Center Parkway, Suite 549
                                          Greenville, SC 29603-0587                  Fairfax, VA 22035

Maryland Comptroller of Treasury          (p)PETER HEINDEL  ESQ                      Midland Credit Management, Inc.
P.O. Box 17132                            6627 WEST BROAD STREET                     PO Box 2037
Baltimore, MD 21297-0175                  SUITE 200                                  Warren, MI 48090-2037
                                          RICHMOND VA 23230-1733

Moneylion                                 National Center fir Housing Management     Nelnet/Sloan
P.O. Box 1547                             115 Solana Rd                              P.O. Box 82561
Sandy, UT 84091-1547                      Unit D                                     Lincoln, NE 68501-2561
                                          Ponte Vedra Beach, FL 32082-5231

(p)PLANET FITNESS HEADQUARTERS            Rula- Mental Health Specialty Group        Sandtander Consumer USA
ATTN KIM MERRILL                          500 Westover Dr.                           P.O Box 660633
4 LIBERTY LANE WEST                       Suite 13619                                Dallas, TX 75266-0633
HAMPTON NH 03842-1704                     Sanford, NC 27330-8941
```

| | | |
|---|---|---|
| Santander<br>P.O Box 961245<br>Fort Worth, TX 76161-0244 | Santander Bank, N.A.; as servicer for Santander Consumer USA Inc.<br>P.O. Box 961245<br>Fort Worth, TX 76161-0244 | Sloan Servicing on behalf of ECMC<br>Educational Credit Management Corp<br>PO Box 16408<br>St. Paul MN 55116-0408 |
| SonderMind Inc.<br>Attn: Billing/Legal Department<br>1800 Wazee St.<br>Suite 300<br>Denver, CO 80202-2526 | Town of Forest Heights<br>P.O. Box 2525<br>Decatur, IL 62525-1866 | U.S. Attorney<br>Courthouse Square<br>2100 Jamieson Avenue<br>Alexandria, VA 22314-5702 |
| U.S. Department of Education c/o Nelnet<br>121 S 13th St<br>Lincoln, NE 68508-1911 | Verizon Wireless Bankruptcy Administration<br>500 Technology Drive<br>Suite 550<br>Weldon Spring, MO 63304-2225 | Virginia Department of Taxation<br>P.O. Box 1115<br>Richmond, VA 23218-1115 |
| Matthew W. Cheney<br>Office of the U.S. Trustee - Region 4<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 | Ronisha Rene Feracho-Harrison<br>8059 Saint Annes Ct<br>Alexandria, VA 22309-1229 | Thomas P. Gorman<br>Thomas P. Gorman, Chapter 13 Trustee<br>1414 Prince St.<br>Ste. 202<br>Alexandria, VA 22314-2853 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Jefferson Capital Systems, LLC<br>16 McLeland Road<br>St. Cloud, MN 56303 | (d)Jefferson Capital Systems, LLC<br>PO BOX 7999<br>SAINT CLOUD, MN 56302-9617 | Midland Credit Management<br>804 Moorefield Park Dr.<br>Ste. 203<br>N. Chesterfield, VA 23236 |
| Planet Fitness<br>4 Liberty Lane West<br>Hampton, NH 03842 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Santander Bank, N.A., as servicer for Sant | End of Label Matrix<br>Mailable recipients    41<br>Bypassed recipients     1<br>Total                   42 |