UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| RONISHA RENE FERACHO-HARRISON ) | |
| ) | No. 25−11757−BFK |
| Debtor. ) | Chapter 13 |
| ) | |

**MOTION TO EXTEND TIME FOR FILING AMENDED PLAN**

COME NOW the Debtor, RONISHA RENE FERACHO-HARRISON, by counsel, and moves to extend the deadline pursuant to Local Rule 3015-2 to file an amended plan, and in support thereof states the following:

1. The Debtor's plan, filed pro se, was denied confirmation by order entered Feb. 22, 2026.

2. The Amended Plan is due by today, March 12, 2026 (21 days).

3. Debtor retained the undersigned counsel today. However, due to other commitments, counsel is unable to complete an amended plan today.

4. A one-week extension will not materially delay this case.

WHEREFORE the Debtor respectfully requests this honorable Court to grant this Motion and extend the time for filing her by 7 days, until March 19, 2026.

Dated: March 12, 2026

Respectfully submitted,

 /s/ Daniel M. Press
Daniel M. Press, VSB# 37123
CHUNG & PRESS, P.C.
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
(703) 734-3800
Counsel for Debtor

# NOTICE

The Debtor has filed with the court a Motion to Extend Time to file Amended Plan.

**Your rights may be affected. You should read the papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before 21 days after service of the motion, you or your attorney must

• file with the court, at Clerk of Court, United States Bankruptcy Court, 200 S. Washington Street, Alexandria, Virginia 22314, a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). **Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.** If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. You must **also** mail a copy to the persons listed below.

• attend the hearing to be held on **April 16, 2026, at 1:30 p.m., in Courtroom 1, 200 S. Washington St., Alexandria, VA**

A copy of any written response must be mailed to the following:

> Daniel M. Press, Esq.
> CHUNG & PRESS, P.C.
> 6718 Whittier Ave., Suite 200
> McLean, VA 22101

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

## CERTIFICATE OF SERVICE

This is to certify that on this 12th day of March 2026, I caused the foregoing Motion to be served by CM/ECF, where available, or first-class mail, postage pre-paid, upon all creditors listed on the attached List of Creditors, the Chapter 13 Trustee, and the Office of the U.S. Trustee

                                                        __/s/ Daniel M. Press_____
                                                        Daniel M. Press

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0422-1<br>Case 25-11757-BFK<br>Eastern District of Virginia<br>Alexandria<br>Thu Mar 12 21:02:48 EDT 2026 | United States Bankruptcy Court<br>200 South Washington Street<br>Alexandria, VA 22314-5405 | AT&T<br>P.O. Box 536216<br>Atlanta, GA 30353-6216 |
| AT&T<br>PO Box 5019<br>Carol Stream, IL 60197-5019 | Alexandria Citation Processing Center<br>P.O. Box 549<br>Belle Mead, NJ 08502-0549 | Alexandria Orthodontics<br>2616 Sherwood Hall Lane<br>Suite #302<br>Alexandria, VA 22306-3154 |
| Capital One<br>Attn: Bankruptcy<br>P.O. Box: 30285<br>Salt Lake City, UT 84130-0285 | Central Collections Unit<br>1101 4th St. SW<br>Washington, DC 20024-4457 | Comcast Cable Communications, LLC<br>1701 John F. Kennedy Blvd.<br>Philadelphia, PA 19103-2838 |
| Credit One<br>P.O. Box 8193<br>Las Vegas, NV 89193 | DC Department of Public Works<br>Attn: Parking Adjudication Office<br>P.O. Box 37135<br>Washington, DC 20013-7135 | Department of Motor Vehicles<br>Adjudication Services<br>P.O. Box 1813<br>Washington, DC 20013-1813 |
| Fairfax County Treasurer<br>12000 Government Center Parkway<br>Suite 223<br>Fairfax, VA 22035-0098 | Fairfax County; Office of the County Attorne<br>12000 Government Center Parkway<br>Suite 549<br>12000 Govt. Center Parkway<br>Fairfax, VA 22035 | Fingerhut/Webank<br>6250 Ridgewood Road<br>St. Cloud, MN 56303-0820 |
| Harris and Harris<br>Government of the District of Columbia<br>Central Collections Unit<br>P.O Box 96934<br>Washington DC 20090-6934 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| LVNV Funding LLC<br>P.O. Box 1269<br>Greensville, SC 29602-1269 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Louis Nuzzo<br>Fairfax County, Office of the County Att<br>12000 Govt. Center Parkway, Suite 549<br>Fairfax, VA 22035 |
| Maryland Comptroller of Treasury<br>P.O. Box 17132<br>Baltimore, MD 21297-0175 | (p)PETER HEINDEL  ESQ<br>6627 WEST BROAD STREET<br>SUITE 200<br>RICHMOND VA 23230-1733 | Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 |
| Moneylion<br>P.O. Box 1547<br>Sandy, UT 84091-1547 | National Center fir Housing Management<br>115 Solana Rd<br>Unit D<br>Ponte Vedra Beach, FL 32082-5231 | Nelnet/Sloan<br>P.O. Box 82561<br>Lincoln, NE 68501-2561 |
| (p)PLANET FITNESS HEADQUARTERS<br>ATTN KIM MERRILL<br>4 LIBERTY LANE WEST<br>HAMPTON NH 03842-1704 | Rula- Mental Health Specialty Group<br>500 Westover Dr.<br>Suite 13619<br>Sanford, NC 27330-8941 | Sandtander Consumer USA<br>P.O Box 660633<br>Dallas, TX 75266-0633 |

```
Santander                              Santander Bank, N.A.; as                Sloan Servicing on behalf of ECMC
P.O Box 961245                         servicer for Santander Consumer USA Inc. Educational Credit Management Corp
Fort Worth, TX 76161-0244              P.O. Box 961245                          PO Box 16408
                                       Fort Worth, TX 76161-0244                St. Paul MN 55116-0408


SonderMind Inc.                        Town of Forest Heights                   U.S. Attorney
Attn: Billing/Legal Department         P.O. Box 2525                            Courthouse Square
1800 Wazee St.                         Decatur, IL 62525-1866                   2100 Jamieson Avenue
Suite 300                                                                       Alexandria, VA 22314-5702
Denver, CO 80202-2526


U.S. Department of Education c/o Nelnet  Verizon Wireless Bankruptcy Administration  Virginia Department of Taxation
121 S 13th St                            500 Technology Drive                        P.O. Box 1115
Lincoln, NE 68508-1911                   Suite 550                                   Richmond, VA 23218-1115
                                         Weldon Spring, MO 63304-2225


Matthew W. Cheney                      Ronisha Rene Feracho-Harrison           Thomas P. Gorman
Office of the U.S. Trustee - Region 4  8059 Saint Annes Ct                     Thomas P. Gorman, Chapter 13 Trustee
1725 Duke Street                       Alexandria, VA 22309-1229               1414 Prince St.
Suite 650                                                                      Ste. 202
Alexandria, VA 22314-3489                                                      Alexandria, VA 22314-2853
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Jefferson Capital Systems, LLC         (d)Jefferson Capital Systems, LLC       Midland Credit Management
16 McLeland Road                       PO BOX 7999                             804 Moorefield Park Dr.
St. Cloud, MN 56303                    SAINT CLOUD, MN 56302-9617              Ste. 203
                                                                               N. Chesterfield, VA 23236


Planet Fitness
4 Liberty Lane West
Hampton, NH 03842
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Santander Bank, N.A., as servicer for Sant     End of Label Matrix
                                                  Mailable recipients    41
                                                  Bypassed recipients     1
                                                  Total                  42
```