UNITED STATES BANKRUPTCY COURT EASTERN
DISTRICT OF VIRGINIA

Alexandria _____ Division

In re:    Ronisha Rene Feracho-Harrison

Case No. _25-11737_____

Chapter 13

Debtor(s)

*SPECIAL NOTICE TO SECURED CREDITOR*

To:    Santander Consumer USA Inc. _____ , Attn: _____
*Name of creditor*
2023 Nissan Altima
*Description of collateral*

1.  The attached chapter 13 plan filed by the debtor(s) proposes (*check one*):

To value your collateral. **See Section 4 of the plan.** Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

✓    To modify the interest rate. **See Section 4D of the plan**.  The interest rate you will receive may be less than the contract rate.

To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold. **See Section 8 of the plan.** All or a portion of the amount you are owed will be treated as an unsecured claim.

2. ***You should read the attached plan carefully for the details of how your claim is treated.***
The plan may be confirmed, and the proposed relief granted, <u>unless</u> you file and serve a written objection by the date specified <u>and</u> appear at the confirmation hearing. A copy of the objection must be served on the debtor(s), their attorney, and the chapter 13 trustee.

Date objection due:                                4/23/2026
Date and time of confirmation hearing:    4/30/2026 1:30 pm
Place of confirmation hearing:                Ctrm 1, 200 S Washington St., Alexandria VA

Ronisha Rene Feracho-Harrison
*Name(s) of debtor(s)*

By:  /s/ Daniel M Press
*Signature*

|✓  Debtor(s)' Attorney
[    Pro se debtor

Daniel M Press

*Name of attorney for debtor(s)*

6718 Whittier Ave #200

*Address of attorney [or pro se debtor]*

McLean VA 22101

*Tel. #*   703-734-3800

*Fax #*   703-734-0590

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by

( ✓ ) first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P; or

(     ) certified mail in conformity with the requirements of Rule 7004(h), Fed.R.Bankr.P

on this 19th       day of March                     , 20 26     .

Santander Consumer USA Inc.
CT Corporation System, Reg. Agt.
4701 Cox Rd Ste 285
Glen Allen VA 23060-6808

/s/ Daniel M Press

*Signature of attorney for debtor(s)*

ver. 12/25