UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| RONISHA RENE FERACHO-HARRISON | ) | |
| | ) | No. 25−11757−BFK |
| Debtor. | ) | Chapter 13 |
| | ) | |

## **DEBTOR'S RESPONSE TO MOTION TO DISMISS**

COME NOW the Debtor, RONISHA RENE FERACHO-HARRISON, by counsel, and responds as follows to the Trustee's Motion to Dismiss:

1.      The Trustee moved to dismiss for material default in payments under Debtor's unconfirmed plan, confirmation of which was denied.

2.      Subsequently, on March 19, 2026, Debtor filed an amended plan.   That plan reduced the amount due for the initial months of the plan term, such that Debtor is now current in payments under the plan.

3.      The Debtor's prior plan payment, filed pro se, was unrealistic, and was based on an inaccurate budget that did not take into account a rent increase and the actual cost of household expenses.  The inaccuracies were caused at least in part by the fact that her boyfriend, with whom she resided and shared expenses, had recently passed away, in addition to which she was dealing with an identity theft situation.   Finally, she did not realize that a wage withholding order would not be entered until confirmation, so she did not realize that she had to send in the payments.

4.      Debtor's amended plan is realistic and feasible, and should be confirmable.  As such, Debtor respectfully requests that the Motion to Dismiss be denied.

Dated: March 26, 2026

Respectfully submitted,

__/s/ Daniel M. Press_____
Daniel M. Press, VSB# 37123
CHUNG & PRESS, P.C.
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
(703) 734-3800
Counsel for Debtor

## CERTIFICATE OF SERVICE

This is to certify that on this 26th day of March 2026, I caused the foregoing Response to be served by CM/ECF upon the Chapter 13 Trustee and all creditors requesting such notice.

__/s/ Daniel M. Press_____
Daniel M. Press

2