**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

In the Matter of:

RONISHA RENE FERACHO-HARRISON

Debtor

Chapter 13

Case No. 25-11757-BFK

**OBJECTION TO CONFIRMATION OF MODIFIED PLAN,**
**NOTICE OF OBJECTION TO CONFIRMATION OF MODIFIED PLAN**
**AND**
**NOTICE OF SCHEDULED HEARING ON THIS OBJECTION**

Thomas P. Gorman, Chapter 13 Trustee, has filed this objection to confirmation of

your Modified Chapter 13 Plan filed March 19, 2026.  The cause for this objection is as

follows:

**Violation of 11 U.S.C. §1325(a)(3) and 11 U.S.C. §1325(b)(1)(B) - Good**
**Faith and Disposable Income.**
- Debtor has not made timely Plan payments to date under her initial
  Plan(s), and now seeks to lower the funding but retrospectively and
  prospectively.  Below median Debtor has now increased her claimed
  expenses from those stated in her initial Plan.  Debtor has not yet
  provided her 2025 tax returns to Trustee, which will be due with the
  Internal Revenue Service prior to the April 30, 2026 confirmation
  hearing.

**Your rights may be affected.  You should read these papers carefully and**

**discuss them with your attorney, if you have one in this bankruptcy case.  (If you**

**do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the objection, or if you

want the court to consider your views on the objection, then on or before five business

days prior to the hearing date, you or your attorney must:

File with the court a written response with supporting memorandum as required
by Local Bankruptcy Rule 9013-1.  Unless a written response and supporting
memorandum are filed and served by the date specified, the Court may deem
any opposition waived, treat the motion as conceded, and issue an order

**Notice of Objection To Confirmation**
Ronisha Rene Feracho-Harrison, Case #25-11757-BFK

granting the requested relief without further notice or hearing.  If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before twenty-one days from the service of this notice.  You must mail a copy to the persons listed below.

***Attend the hearing to be held on April 30, 2026 at 1:30 p.m. in Courtroom #1 on the 2nd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, Virginia 22314.***  If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.  A copy of any written response must be mailed to the following persons:

Thomas P. Gorman
1414 Prince Street, Suite 202
Alexandria, VA 22314

Clerk of the Court
United States Bankruptcy Court
200 South Washington Street
Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date:  _April 2, 2026_____                    ___/s/ Thomas P. Gorman_____
                                                                    Thomas P. Gorman
                                                                    Chapter 13 Trustee
                                                                    1414 Prince Street, Suite 202
                                                                    Alexandria, VA 22314
                                                                    (703) 836-2226
                                                                    VSB 26421

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 2nd day of April, 2026, served via ECF authorized users or mailed a true copy of the foregoing Objection to Confirmation, Notice of Objection and Notice of Hearing to the following parties.

Ronisha Rene Feracho-Harrison          Daniel M. Press, Esquire
Chapter 13 Debtor                                  Attorney for Debtor
8059 Saint Annes Ct                               Chung & Press, P.C.
Alexandria, VA 22309                            6718 Whittier Ave. Ste. 200
                                                               McLean, VA 22101

                                                               ___/s/ Thomas P. Gorman_____
                                                               Thomas P. Gorman