# United States Bankruptcy Court
**Eastern District of Virginia**
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number**   25−11757−BFK
**Chapter**   13

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ronisha Rene Feracho−Harrison
8059 Saint Annes Ct
Alexandria, VA 22309

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
Debtor: xxx−xx−8008

Employer Tax−Identification (EIN) No(s).(if any):
Debtor:  NA

## NOTICE OF DISMISSAL OF CASE

Notice is hereby given that an order was entered on April 21, 2026 dismissing the above−captioned case.

Dated:   April 21, 2026

For the Court,

Charri S Stewart, Clerk
United States Bankruptcy Court

[VAN015vDec2009.jsp]

United States Bankruptcy Court

Eastern District of Virginia

In re:                                                                                    Case No. 25-11757-BFK

Ronisha Rene Feracho-Harrison                                                             Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0422-9 | User: CynthiaBa | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Apr 21, 2026 | Form ID: VAN015 | Total Noticed: 39 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ronisha Rene Feracho-Harrison, 8059 Saint Annes Ct, Alexandria, VA 22309-1229 |
| 16934951 | + | Alexandria Citation Processing Center, P.O. Box 549, Belle Mead, NJ 08502-0549 |
| 16935019 | + | Alexandria Orthodontics, 2616 Sherwood Hall Lane, Suite #302, Alexandria, VA 22306-3154 |
| 16810212 | + | Central Collections Unit, 1101 4th St. SW, Washington, DC 20024-4457 |
| 16935020 | | Credit One, P.O. Box 8193, Las Vegas, NV 89193 |
| 16810211 | | DC Department of Public Works, Attn: Parking Adjudication Office, P.O. Box 37135, Washington, DC 20013-7135 |
| 16934943 | + | Department of Motor Vehicles, Adjudication Services, P.O. Box 1813, Washington, DC 20013-1813 |
| 16938559 | | Fairfax County; Office of the County Attorney, 12000 Government Center Parkway, Suite 549, 12000 Govt. Center Parkway, Fairfax, VA 22035 |
| 16810214 | + | Harris and Harris, Government of the District of Columbia, Central Collections Unit, P.O Box 96934, Washington DC 20090-6934 |
| 16938558 | | Louis Nuzzo, Fairfax County, Office of the County Att, 12000 Govt. Center Parkway, Suite 549, Fairfax, VA 22035 |
| 16935001 | + | Maryland Comptroller of Treasury, P.O. Box 17132, Baltimore, MD 21297-0175 |
| 16931167 | + | National Center fir Housing Management, 115 Solana Rd, Unit D, Ponte Vedra Beach, FL 32082-5231 |
| 16935017 | + | Rula- Mental Health Specialty Group, 500 Westover Dr., Suite 13619, Sanford, NC 27330-8941 |
| 16810218 | + | Sandtander Consumer USA, P.O Box 660633, Dallas, TX 75266-0633 |
| 16935018 | + | SonderMind Inc., Attn: Billing/Legal Department, 1800 Wazee St., Suite 300, Denver, CO 80202-2526 |
| 16934952 | + | Town of Forest Heights, P.O. Box 2525, Decatur, IL 62525-1866 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 16931185 | + | EDI: ATTWIREBK.COM | Apr 22 2026 06:08:00 | AT&T, PO Box 5019, Carol Stream, IL 60197-5019 |
| 16935021 | + | EDI: ATTWIREBK.COM | Apr 22 2026 06:08:00 | AT&T, P.O. Box 536216, Atlanta, GA 30353-6216 |
| 16935038 | + | EDI: CAPITALONE.COM | Apr 22 2026 06:08:00 | Capital One, Attn: Bankruptcy, P.O. Box: 30285, Salt Lake City, UT 84130-0285 |
| 16934953 | + | EDI: COMCASTCBLCENT | Apr 22 2026 06:08:00 | Comcast Cable Communications, LLC, 1701 John F. Kennedy Blvd., Philadelphia, PA 19103-2838 |
| 16810215 | + | Email/Text: john.burton@fairfaxcounty.gov | Apr 22 2026 02:17:00 | Fairfax County Treasurer, 12000 Government Center Parkway, Suite 223, Fairfax, VA 22035-0098 |
| 16935037 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 22 2026 02:29:10 | Fingerhut/Webank, 6250 Ridgewood Road, St. Cloud, MN 56303-0820 |
| 16934941 | + | EDI: IRS.COM | Apr 22 2026 06:08:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 16935002 | | EDI: JEFFERSONCAP.COM | Apr 22 2026 06:08:00 | Jefferson Capital Systems, LLC, 16 McLeland Road, St. Cloud, MN 56303 |
| 16832557 | | EDI: JEFFERSONCAP.COM | Apr 22 2026 06:08:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 16934980 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 22 2026 02:28:58 | LVNV Funding LLC, P.O. Box 1269, Greensville, |

District/off: 0422-9      User: CynthiaBa      Page 2 of 3

Date Rcvd: Apr 21, 2026      Form ID: VAN015      Total Noticed: 39

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | SC 29602-1269 |
| 16817486 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 22 2026 02:29:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16852739 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 22 2026 02:17:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 16935016 | + | Email/Text: bankruptcy@moneylion.com | Apr 22 2026 02:17:00 | Moneylion, P.O. Box 1547, Sandy, UT 84091-1547 |
| 16934981 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 22 2026 02:17:00 | Nelnet/Sloan, P.O. Box 82561, Lincoln, NE 68501-2561 |
| 16935039 | | Email/Text: IL_VA@mcmcg.com | Apr 22 2026 02:16:00 | Midland Credit Management, 804 Moorefield Park Dr., Ste. 203, N. Chesterfield, VA 23236 |
| 16931186 | | Email/Text: legal@pfhq.com | Apr 22 2026 02:16:00 | Planet Fitness, 4 Liberty Lane West, Hampton, NH 03842 |
| 16810219 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 22 2026 02:17:00 | Santander, P.O Box 961245, Fort Worth, TX 76161-0244 |
| 16821079 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 22 2026 02:17:00 | Santander Bank, N.A.; as, servicer for Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 16952005 | | Email/Text: ECMCBKNotices@ecmc.org | Apr 22 2026 02:17:00 | Sloan Servicing on behalf of ECMC, Educational Credit Management Corp, PO Box 16408, St. Paul MN 55116-0408 |
| 16934982 | + | Email/Text: USAVAE.Bankruptcynotices@usdoj.gov | Apr 22 2026 02:16:00 | U.S. Attorney, Courthouse Square, 2100 Jamieson Avenue, Alexandria, VA 22314-5702 |
| 16930884 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 22 2026 02:17:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1911 |
| 16935003 | + | EDI: VERIZONCOMB.COM | Apr 22 2026 06:08:00 | Verizon Wireless Bankruptcy Administration, 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |
| 16934942 | + | Email/Text: va_tax_bk@harriscollect.com | Apr 22 2026 02:17:00 | Virginia Department of Taxation, P.O. Box 1115, Richmond, VA 23218-1115 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Santander Bank, N.A., as servicer for Santander Co |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2026      Signature:      /s/Gustava Winters

District/off: 0422-9

Date Rcvd: Apr 21, 2026

User: CynthiaBa

Form ID: VAN015

Page 3 of 3

Total Noticed: 39

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor Ronisha Rene Feracho-Harrison dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |
| Sara A. John | on behalf of Creditor Santander Bank  N.A., as servicer for Santander Consumer USA Inc. sara_john@eppspc.com |
| Thomas P. Gorman | ch13alex@gmail.com  tgorman26@gmail.com |

TOTAL: 4