# UNITED STATES BANKRUPTCY COURT
## FOR THE
### EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

In the Matter of:

Ronisha Rene Feracho-Harrison

                     Debtor(s)

Chapter 13

Case No.  25-11757-BFK

## ORDER OF DISMISSAL

This matter came on by request of the Trustee for Dismissal of this proceeding pursuant to 11 U.S.C. 1307.  Notice thereof having been given in accordance with Rule 2002, and it appearing to the court that adequate cause does exist and that it is in the best interest of the creditors and this estate that this proceeding be dismissed, it is

ORDERED, that these proceedings under Chapter 13 of the Code be and they hereby are dismissed, and it is further

ORDERED, that any interest earned and attributable to Plan payments made in this Chapter 13 case is hereby awarded to the office of the Chapter 13 Trustee of this Court as actual and necessary expenses pursuant to 11 U.S.C. 330(a)(1)(B), and it is further

ORDERED, that the dismissal of this case revests the property of the estate in the entity in which such property was vested immediately before the commencement of the case.  The Trustee need not file a final report in this case unless property or money is administered.

If the debtor(s) has been making payments by payroll deduction, the employer as set forth in that Order for payroll assignment shall cease any payroll deductions for the benefit of the Chapter 13 Trustee.

Apr 21 2026

/s/ Brian F Kenney
_____
Brian F. Kenney
U. S. Bankruptcy Chief Judge

Entered On Docket:  Apr 21 2026

I Ask For This:

/s/ Thomas P. Gorman
_____
Thomas P. Gorman, Trustee
1414 Prince Street, Suite 202
Alexandria, VA 22314
(703) 836-2226
VSB #26421

Order of Dismissal, Page 2
Ronisha Rene Feracho-Harrison
Case #25-11757-BFK

Local Rule 9022-1(C) Certification

The foregoing order was signed by and/or served upon all necessary parties pursuant to
Local Rule 9022-1(C).

/s/ Thomas P. Gorman
Thomas P. Gorman, Chapter 13 Trustee

**PARTIES TO RECEIVE COPIES**

Ronisha Rene Feracho-Harrison
Chapter 13 Debtor
8059 Saint Annes Ct
Alexandria, VA  22309

Daniel M. Press, Esquire
Attorney for Debtor
Chung & Press, P.C.
6718 Whittier Ave. Ste. 200
Mclean, VA  22101

Thomas P. Gorman
Chapter 13 Trustee
1414 Prince Street, Suite 202
Alexandria, VA  22314

United States Bankruptcy Court

Eastern District of Virginia

In re:                                                                    Case No. 25-11757-BFK

Ronisha Rene Feracho-Harrison                                             Chapter 13

   Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9                     User: CynthiaBa                           Page 1 of 1

Date Rcvd: Apr 21, 2026                  Form ID: pdforder                         Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2026:**

**Recip ID              Recipient Name and Address**
db                   +  Ronisha Rene Feracho-Harrison, 8059 Saint Annes Ct, Alexandria, VA 22309-1229

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2026                      Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2026 at the address(es) listed below:**

**Name                    Email Address**

Daniel M. Press
                         on behalf of Debtor Ronisha Rene Feracho-Harrison dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email

Matthew W. Cheney
                         ustpregion04.ax.ecf@usdoj.gov

Sara A. John
                         on behalf of Creditor Santander Bank  N.A., as servicer for Santander Consumer USA Inc. sara_john@eppspc.com

Thomas P. Gorman
                         ch13alex@gmail.com  tgorman26@gmail.com

TOTAL: 4